UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EDWARD PERRY, | No. 2:21-cv-01719 DB P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| RICK HILL, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order dated October 5, 2021, the court found plaintiff's complaint failed to state a cognizable claim. (ECF No. 4.) The court dismissed the complaint and granted plaintiff thirty-days leave to file an amended complaint. (Id. at 6.) Plaintiff's request to proceed in forma pauperis was also simultaneously denied and plaintiff was ordered to submit a new affidavit in support of his request or pay the filing fee for this action. (Id. at 6.) Plaintiff was warned that failure to abide by the court's order would result in a recommendation that this action be dismissed. (Id.)

    More than thirty days have passed and plaintiff has not filed an amended complaint, submitted a new in forma pauperis action, paid the filing fee for this action, requested an extension of time, or otherwise responded to the court's orders. Accordingly, it will be recommended that this action be dismissed for failure to comply with court orders and failure to prosecute.

1

For the reasons state above, the Clerk of the Court is ORDERED to randomly assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 28, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/perr1719.fr_dism

2